FILED

99 NOV 12 PM 2:58

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
NOV 12 1999

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SANDRA G. JOHNSON,　　　　　　　　}
individually and on behalf of 　}
a class of persons similarly 　 }
situated,　　　　　　　　　　　　 }　　CIVIL ACTION NO.
　　　　　　　　　　　　　　　　　　}
　　　Plaintiff,　　　　　　　　　 }　　99-AR-2704-S
　　　　　　　　　　　　　　　　　　}
v.　　　　　　　　　　　　　　　　 }
　　　　　　　　　　　　　　　　　　}
PAC INSURANCE AGENCY, INC.,　　　}
et al.,

　　　Defendants.

**MEMORANDUM OPINION**

　　　The motion to dismiss filed by defendant, Southern United Fire Insurance Company, on October 22, 1999, and the motion to dismiss filed on October 26, 1999, by defendants, Ken McFeeters and PAC Insurance Agency, Inc. (incorrectly named in the complaint as "PAC Insurance Agencies") were set for hearing at this court's regular motion docket on this date. There was no request for oral argument. Therefore, the motions are under advisement on the parties' respective papers.

　　　Plaintiff is *pro se*. She can represent herself individually, but, because she is not licensed to practice law, cannot represent a putative class. This insurmountable problem as to her implicit prayer for a class certification, is rendered MOOT by the facial absence of jurisdiction in this court over her individual claim.

She asserts the existence of a federal question and posits jurisdiction on 28 U.S.C. § 1331. Apparently, plaintiff is operating in the belief that if interstate commerce is even remotely involved in a controversy, a federal question is automatically presented. If this is her belief, she is badly mistaken. This court is without jurisdiction. Therefore, the motions to dismiss will by separate order be granted.

DONE this 12th day of November, 1999.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE